# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL DALE ST. CLAIR, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-05-105-T |
| BRAD HENRY, *et al.*, | ) |
| Defendants. | ) |

## JUDGMENT

Pursuant to the Order entered adopting Judge Bacharach's June 16, 2005, Report and Recommendation in its entirety, Plaintiff's third amended complaint is dismissed.

Entered this 11th day of July, 2005.

RALPH G. THOMPSON
UNITED STATES DISTRICT JUDGE